DOLD PACKING CORPORATION, Appellant, v. N. L. KAPLAN, INC., et al., Respondents.— (The order denies plaintiff's motion to dismiss the answer and counter-

claim of defendant Kaplan, Inc., and for summary judgment for plaintiff, in an action by the purchaser at a foreclosure sale to recover from a tenant of the mortgaged premises the amount of rent claimed to be due.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.